Tyree A. Walker  
Reg. No. 07477-090  
FCI Greenville  
P.O. Box 5000  
Greenville, Ill. 62246

Aug. 5th, 2020

United States District Court  
Western District of Wisconsin  
120 N. Henry Street  
Madison, Wisconsin 53703

Cover Letter

Rs: Notice of Appeal  
20-cv-573-bbc

Please find enclosed Mr. Walker's Notice of Appeal against the District Court's July 30, 2020 order of denial of his 2255.

Thank You

Tyree A. Walker

In The United States District Court
Western District of Wisconsin

Tyree A. Walker,
    Petitioner-Appellant,

v.                                             20-cv-523-bbc
                                                     11-cr-102-bbc

United States of America,
    Respondent-Appellee.

---

### Notice of Appeal

Now comes, Mr. Tyree Walker, and files his Notice of Appeal as follows:

On April 20, 2020, Mr. Walker filed an out-of-time 28 USC 2255 seeking equitable Tolling

On July 8, 2020, The District Court denied Walker's out-of-time 2255 motion, and also denied Walker a Certificate of Appealability.

Page 1 of 2

On July 20, 2020, Mr. Walker filed a Motion to Reconsider/Alter or Amend. this Courts' July 8, 2020 order.

On July 30, 2020, the District Court denied Walker's motion to Reconsider.

Now, on this _____ day of August, 2020 Mr. Walker submits this Notice of Appeal against the July 30, 2020 order.

Respectfully,

*Tyree A. Walker*